UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SOPHIA ADAMS, o/b/o [J.][A.], | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-134-B-W |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 6, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2006